justified in taking the case from the jury and directing a verdict for the plaintiff to the extent of the amount tendered by the defendant.

---

## Charles Fuerboeter, Appellee, v. Rittenhouse & Embree Company, Appellant.

### Gen. No. 17,987. (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. JOSEPH H. FITCH, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1911. Reversed. Opinion filed October 14, 1913.

### Statement of the Case.

Action by Charles Fuerboeter against Rittenhouse & Embree Company for damages for personal injuries. From a judgment for plaintiff, defendant appeals.

ADAMS, BOBB & ADAMS, for appellant.

WILLIAM C. ASAY and JEREMIAH B. O'CONNELL, for appellee.

MR. PRESIDING JUSTICE F. A. SMITH delivered the opinion of the court.

### Abstract of the Decision.

ANIMALS, § 13*—*when owner of a horse is negligent in care of such horse.* Where a plaintiff driving along a street was thrown from his seat and injured because a horse belonging to a lumber company ran out of such lumber company's yard and into the plaintiff's team, frightening his horses, *held* that such lumber company was not negligent in the management of the horse, it appearing that such horse had never run away before and had never manifested any disposition to run away, but was a quiet and gentle horse and was in the custody of a careful employe who tried to prevent the runaway, which was due to the horse being frightened by a switch engine which backed into the lumber yard.

---

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.